No. 93.  McCOLGAN, FRANCHISE TAX COMMISSIONER, *v.* MAIER BREWING Co. ET AL.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for

the Ninth Circuit denied. *Messrs. Robert W. Kenny,* Attorney General of California, and *Hartwell H. Linney,* Assistant Attorney General, for petitioner. *Mr. Norman A. Bailie* for respondents.